# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRANCE JONES #302918** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-939** |
| **BURL CAIN, WARDEN** | **SECTION: "C" (6)** |

## ORDER & REASONS

In accordance with the Circuit court's opinion in this matter of March 15, 2010, (Rec. Doc. 47) and in light of petitioner's motion, (Rec. Doc. 49),

IT IS ORDERED, that the state either retry petitioner within 120 days of this order or release him. Judgment will be entered accordingly.

New Orleans, Louisiana, this 12th day of April, 2010.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

1